# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

)
)
Plaintiff, )
SUZANNE L. JOHNSTON )
v. FREEDOM INK; TWISTED )
VISION; →TATTOO COMPANIES; )     Case No. 24-CV-1167
BORN PAINT COMPANY; )
SUPREME RADIO COMMUNICATIONS )
Defendant(s). )

**FILED**

APR 2 4 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.     JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.     PARTIES**

**Plaintiff:**

A.     Plaintiff, a citizen of ILLINOIS (state), who resides at 328 E. ELMHURST AVE. , alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.     Defendant FREEDOM INK is employed as a
                    (a) (Name of First Defendant)
OWNERS; TATTOO ARTISTS
                    (b) (Position/Title)
with PREVIOUSLY @ BIG HOLLOW ROAD .
                    (c) (Employer's Name and Address)

1

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

CONTINUING TO HARRASS ME OVER MY TATTOO

☒The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

TRADEMARK MY TATTOO.

**Defendant #2:**

↱CHRIS?

C.    Defendant TWISTED VISION TATTOO COMPANY is employed as a
                          (a) (Name of Second Defendant)
OWNERS; TATTOO ARTISTS;
                          (b) (Position/Title)
with TWISTED VISION TATTOO COMPANY; WAR MEMORIAL DR.
                          (c) (Employer's Name and Address)

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

CONTINUING TO HARRASS ME OVER MY TATTOOS.

☒The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

TRADEMARK MY TATTOO. ~~[crossed out]~~
END THE ABUSE OVER MY TATTOO.

2

**Defendant #3:**

D.    Defendant BORN PAINT COMPANY                    is employed as a

(a) (Name of Third Defendant)

OWNERS; OPERATORS; HUMAN RESOURCES;

(b) (Position/Title)

with PEORIA, IL 61662                    .

(c) ) (Employer's Name and Address)

*Check one of the following:*

☒This defendant **personally participated** in causing my injury, and I want **money damages**.    Briefly describe how this defendant participated:

HARRASMENT OVER CHEMICALS

☒The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

~~STOP~~ THEFT OF CHEMICALS IN MY NAME.

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

SUPREME RADIO COMMUNICATIONS → PREVIOUSLY LOCATED IN PEORIA HEIGHTS, IL 61603

3

## III. PREVIOUS LAWSUITS

A.      Have you begun any other lawsuits in federal court? Yes ☒      ☐No

B.      If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.      Parties to previous lawsuits:

Plaintiff(s): SUZANNE L. JOHNSTON

V.

Defendant(s): MULTIPLE

2.      Date of Filing: MULTIPLE

3.      Case Number: MULTIPLE

4.      Jurisdiction/Court: PEORIA

5.      Name of Judge: SHADID; HAWLEY

6.      Issues Raised: MULTIPLE

7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?): PENDING

8.      Date of Final Disposition:

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth __each claim__ in a __separate__ paragraph.*

1.  On or about 2014, _____ (month, day, year), at approximately _____
□ a.m. □ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

☒    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒    searched plaintiff or his property without a warrant and without reasonable cause;

☒    used excessive force upon plaintiff;

☒    failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☒    failed to provide plaintiff with necessary medical care;

☒    conspired together to violate one or more of plaintiff's civil rights;

□    other *(please explain):* _____

_____

_____

2.  Plaintiff was charged with one or more crimes, specifically:

_____

_____

3.  The criminal proceedings *(check the box that applies):*

☒    are still pending.
□    were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
□    resulted in a finding of guilty on one or more of the charges.
□    other:_____

_____

_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I WILL SPEAK TO THE JUDGE.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:

DEATH OF MY EX-HUSBAND

7. Plaintiff asks that this case be tried by a jury. ☐ Yes  ☒ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ 0.00 _____ to compensate for *(check all that apply)*:

   ☒ bodily harm
   ☒ emotional harm
   ☒ pain and suffering
   ☒ loss of income
   ☒ loss of enjoyment of life
   ☒ property damage

2. Punitive Damages:    ☐ Yes    ☒ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 04/24/2024

Signature of Plaintiff: *Suzanne L. Johnston*

Plaintiff's Name *(print clearly or type)*: SUZANNE L. JOHNSTON

Mailing Address: 328 E. ELMHURST AVE.

City: PEORIA    State: IL    Zip: 61603

Plaintiff's Telephone Number: (  ) _____
PHONE WAS STOLEN

7